IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DERRICK ALLEN,

        Petitioner,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0973

Opinion filed July 25, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Derrick Allen, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits. See Banks v. Jones, 41 Fla. L. Weekly D1584a (Fla. 1st DCA July 12, 2016); Gardener v. Florida Department of Corrections, 178 So. 3d 92 (Fla. 1st DCA 2015).

BILBREY, KELSEY, and M.K. THOMAS, JJ., CONCUR.